Re. case # 12-03-C0230-CR
Trial court # 02-06-C107M-CR

MRS. LUSK.                                                      7-21-15

Ma'am. I really think a mistake is being made regarding my records. Your office is telling me there's 207 pages total but all I have is 190. it breaks down like this.

          vol 1 contains    7 pages
          vol 2 contains    4 pages
          vol 3 contains   42 pages
          vol 4 contains   71 pages
          vol 5 contains   30 pages
          vol 6 contains   <u>36</u> pages
                    Total  190

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 27 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Your records are saying vol 3 contains 45 pages and vol 6 contains 50 pages. This is incorrect ma'am. can you please have somebody do a physical counting of these 2 volumes so you'll know for a fact that what Im telling you is correct. I was charged $182.00 for 207 pages. There's only 190 total and I was overcharged $17.

I would appreciate your time and help in this matter. Thank you.

Sincerely
Terry William